DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NOEL VINCENT THOMAS,

Appellant,

v.

ALABAMA LAW ENFORCEMENT AGENCY, DEENA L.
PREGNO, HAL TAYLOR, CHARLES WARD, MIKE STACY, and
STEPHANIE D. DUHART,

Appellees.

No. 2D2025-2080

_____

March 27, 2026

Appeal from the Circuit Court for Hillsborough County; Cheryl K.
Thomas, Judge.

Noel Vicent Thomas, pro se.

D. Michelle Cone of Alabama Law Enforcement Agency, Montgomery,
Alabama, for Appellees.

PER CURIAM.

 Affirmed.

NORTHCUTT, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior publication.